DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

DELAVON JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1500

———————————————

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Donald G. Jacobsen, Judge.

Delavon Johnson, pro se.

PER CURIAM.

    Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.